# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GUILLERMO TAFOLLA (1) and<br>MAX JEREMY MEJIA-MORENO (2),<br><br>　　　　　　　Defendants. | Case No.: **25-cr-03411-JO**<br>　　　　　25-mj-4295-SBC<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 371 and Title 31, U.S.C., Sec. 5332(a) – Conspiracy to Engage in Bulk Cash Smuggling (Felony) |

The United States Attorney charges:

### Count 1

Beginning on a date unknown and continuing up to and including August 7, 2025, within the Southern District of California and elsewhere, defendants, GUILLERMO TAFOLLA and MAX JEREMY MEJIA-MORENO, did knowingly and intentionally conspire with other persons known and unknown to commit an offense against the United States, to wit: concealing more than $10,000 in currency and other monetary instruments in any conveyance, article of luggage, merchandise, and other container and transporting and transferring such currency and monetary instrument from the United States to Mexico with the intent to evade a currency reporting requirement and one of the conspirators committed an overt

JBA:9/2/2025

act to effect the object of the conspiracy; all in violation of Title 18, United States Code, Section 371 and Title 31, United States Code, Section 5332(a).

**FORFEITURE ALLEGATIONS**

Upon conviction of the offense alleged above, defendants GUILLERMO TAFOLLA and MAX JEREMY MEJIA-MORENO shall forfeit to the United States all property, real and personal, involved in said offense and all property traceable to such property, including but not limited to: $2,550,010 in U.S. Currency; a 2006 Dodge Ram VIN: 3D7KS29C36G192617; and a 2015 Chevy Silverado VIN: 1GC1KUEG6FF121598.

DATED: 9/2/2025.

ADAM GORDON
United States Attorney

JORDAN ARAKAWA
CARL F. BROOKER, IV
Assistant U.S. Attorneys

2